**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| ALPHA MODUS, CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>INDUSTRIA de DISEÑO TEXTIL, S.A.,<br>and ZARA USA, INC.,<br><br>        Defendants. | Civil Action No. 2:25-cv-01125-JRG-RSP |

## <u>ORDER</u>

Before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss the Complaint. After consideration of the same, the Court finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss the Complaint is hereby GRANTED.