**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALPHA MODUS, CORP., §<br><br>*Plaintiff*, §<br>§<br>v. §<br>§<br>INDUSTRIA DE DISEÑO TEXTIL, S.A., §<br>*and* ZARA USA, INC., §<br>§<br>*Defendants*. §<br>§ | CASE NO. 2:25-CV-01125-JRG-RSP |

## ORDER

Before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss the Complaint. **Dkt. No. 20**. Defendants argue in the Motion that Plaintiff failed to plausibly allege direct infringement, induced infringement, or enhanced damages. *Id.* at 8–15. Plaintiff has now responded by amending its complaint to add new allegations for each of these claims. *See* Dkt. No. 23. It is well established that such an amendment moots a motion to dismiss. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017); *see also Bishop Display Tech. LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-139, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021); *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-cv-290, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 7, 2019). Accordingly, the Court finds that the Motion should be and hereby is **DENIED** as moot.

**SIGNED this 18th day of May, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE