**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALPHA MODUS, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIA de DISEÑO TEXTIL, S.A., and ZARA USA, INC., <br><br> Defendants. | Civil Action No. 2:25-cv-01125-JRG-RSP |

## ORDER

Before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss the Amended Complaint.

After consideration of the same, the Court finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss the

Complaint is hereby GRANTED.